JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOHN R. SNIDER,

              Plaintiff,

        v.

ANDREW M. SAUL,

Commissioner of Social Security,

              Defendant.

CASE NO. 8:19-CV-648-SK

**JUDGMENT**

    **IT IS ADJUDGED** that this action is reversed and remanded for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Opinion and Order.

DATED:   July 29, 2020

STEVE KIM
U.S. MAGISTRATE JUDGE